```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL KEITH LEE,              :    CIVIL ACTION
                                :    NO. 10-4283
        Plaintiff,              :
                                :
     v.                         :
                                :
DEBRA OVERTON, et al.,          :
                                :
        Defendants.             :
```

### O R D E R

**AND NOW**, this **15th** day of **January, 2013**, it is hereby **ORDERED** that Defendants Debra Overton's and Monique Bryant's Motion to Dismiss (ECF No. 23) is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**